UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-23611-CIV-MORENO

CHRISTOPHER GERALD,

    Plaintiff,

vs.

ROSARIO SAINT GERAD and CAR SALESMAN,

    Defendants.
_____/

## ORDER DISMISSING CASE AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a *sua sponte* examination of the record. For the reasons explained below, this case is DISMISSED for being frivolous.

In his *in forma pauperis* complaint, Plaintiff, a *pro se* prisoner, appears to allege claims against two car salesmen under a criminal statute, 18 U.S.C. § 1028. Under 28 U.S.C. § 1915(e)(2)(B)(i), a court "shall dismiss the [*in forma pauperis* action] at any time if the court determines that . . . the action . . . is frivolous or malicious." According to the United States Supreme Court, a complaint is frivolous "where it lacks an arguable basis in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (discussing dismissals under former section 1915(d), which contained the same language as current section 1915(e)(2)(B)(i)). A court may dismiss claims under section 1915(e)(2)(B)(i) where the claims rest on an indisputably meritless legal theory or are comprised of factual contentions that are clearly baseless. *Id.* at 327. In *Neitzke*, the Supreme Court provided several examples of frivolous or malicious claims. Where the defendant

is immune from suit, or where the plaintiff alleges infringement of a legal interest which obviously does not exist, then the claim is founded on an indisputably meritless legal theory. *Id.* at 327.

The Court notes that a *pro se* plaintiff must be given greater leeway in pleading his or her complaint. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). Mindful of this principle, however, the Court finds that the complaint still does not state a valid federal cause of action and fails to comply with the pleading requirements of the Federal Rules of Civil Procedure. Plaintiff's complaint is frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) because it does not contain "an arguable basis in law or in fact." *Neitzke*, 490 U.S. at 327. Plaintiff proceeds to bring a civil suit under a criminal statute.

Accordingly, after reviewing the entire complaint, the Court concludes that the claims are frivolous and indisputably meritless. It is therefore

**ADJUDGED** that the case is DISMISSED, and all pending motions DENIED as MOOT. The case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of December 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counse of Record

2